UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | §   CRIMINAL NO: |
| vs. | §   SA:20-CR-00273(2)-JKP |
| | § |
| (2) ELIA SANCHEZ | § |

## ORDER RESETTING SENTENCING - (IN PERSON)

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING - (IN PERSON)** in Courtroom B, on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Tuesday, October 18, 2022 at 02:00 PM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 9th day of September, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE