# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. SA-20-CR-00273-OLG |
| SHELBY TAYLOR WOOD (1), <br> ELIA SANCHEZ (2), <br> BASILIO GARCIA (6), | ) |
| Defendants. | ) |

## GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Ray A. Gattinella is now assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Ray A. Gattinella be added to the docket in the instant cause.  Please remove Fidel Esparza III as counsel for the government in this case.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:  /s/
RAY A. GATTINELLA
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Texas Bar No. 00798202
Email: Ray.Gattinella@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, will transmit notification of such filing to the following CM/ECF participants:

**Terrence W. McDonald**
Attorney at Law
225 CR 2740
Mico, TX 78056
Email: judgeterrymcdonald@msn.com
*Attorney for Defendant Shelby Taylor Wood (1)*

**Alan Brown**
Attorney at Law
222 Main Plaza
San Antonio, TX 78205
Email: Alan@alanbrownlawoffices.com

**Martin M. Guerra**
The Law Office of Martin M. Guerra
PO Box 781231
San Antonio, TX 78278
Email: ZealousDefense@aol.com
*Attorneys for Defendant Elia Sanchez (2)*

**Scott W. McCrum**
Scott W. McCrum
222 S. Flores St.
San Antonio, TX 78204
Email: scott@mccrumdefense.com
*Attorney for Defendant Basilio Garcia (6)*

/s/
RAY A. GATTINELLA
Assistant United States Attorney